UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHSAAN COLEMAN, | No. C-14-1640 EMC |
| Plaintiff, | |
| v. | **ORDER DETERMINING *IN FORMA PAUPERIS* STATUS SHOULD NOT CONTINUE ON APPEAL** |
| R.E. BARNES, Warden; *et al.*, | |
| Defendants. _____/ | |

On September 3, 2014, this Court dismissed Plaintiff's complaint with prejudice. *See* Docket No. 4. A final judgment was entered the same day. *See* Docket No. 5.

On September 24, 2014, the Ninth Circuit issued an order referring to this Court for determination whether *in forma pauperis* status should continue on appeal. *Coleman v. Barnes*, Ninth Circuit Case No. 14-16825, Docket No. 2. The Court finds Plaintiff's appeal to be frivolous as the complaint plainly failed to state a claim upon which relief can be granted, as discussed in the underlying order rejecting the complaint. *See* 28 U.S.C. § 1915(a)(2) ("An appeal may not be taken

///
///
///
///
///
///
///

in forma pauperis if the trial court certifies in writing that it is not taken in good faith."); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (construing "in good faith" to mean "non-frivolous"); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (An action is frivolous "where it lacks an arguable basis either in law or in fact").

IT IS SO ORDERED.

Dated: November 10, 2014

_____
EDWARD M. CHEN
United States District Judge

2